JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN - 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME DONALD CLARK,<br><br>    Petitioner,<br><br>vs.<br><br>MR. V. SINGH,<br><br>    Respondent. | Case No. CV 08-4504-R (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: Jan 7, 2009

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY